# UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re | Gus Chapple Jr. | Case No.: 2:08-BK-31213-SB |
|---|---|---|
| | Debtor | Chapter: 7 |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:** Wachovia Mtg
POB 5300
San Leandro, CA 94577

**Describe Property Securing Debt:** home located at 1495 W. 49th St LA, CA

FILED
DEC 19 2008
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk

Property will be (check one):
   ✓ Surrendered         ___ Retained

If retaining the property, I intend to (check at least one):
   ___ Redeem the property
   ___ Reaffirm the debt
   ___ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ___ Claimed as exempt        ___ Not claimed as exempt

---

**Property No. 2** (if necessary)

**Creditor's Name:** SPS
POB 65250
Salt Lake City, UT 84165

**Describe Property Securing Debt:** residence @ 1477 W. 49th St LA, CA

Property will be (check one):
   ✓ Surrendered         ___ Retained

If retaining the property, I intend to (check at least one):
   ___ Redeem the property
   ___ Reaffirm the debt
   ___ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ___ Claimed as exempt        ___ Not claimed as exempt

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

Property No. ___

**Creditor's Name:** New Haven Financial
24025 Park Sorrento Ste 150
Calabasas, CA 91302

**Describe Property Securing Debt:** Residence located @
9518 5th Ave
Inglewood, CA

Property will be *(check one)*:
✓ Surrendered    ___ Retained

If retaining the property, I intend to *(check at least one)*:
___ Redeem the property
___ Reaffirm the debt
___ Other. Explain_____ (for example, avoid lien using 11U.S.C. § 522(f)).

Property is *(check one)*:
___ Claimed as exempt    ___ Not claimed as exempt

**PART B** - Continuation

Property No. ___

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___    NO ___ |
|---|---|---|

Property No. ___

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ___    NO ___ |
|---|---|---|

**PART B** – Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** none | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): YES ___   NO ___ |

| Property No. 2 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): YES ___   NO ___ |

| Property No. 3 (*if necessary*) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): YES ___   NO ___ |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: Dec. 18, 2008

Signature of Debtor: Gus Chapple Jr

Signature of Joint Debtor